# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIANCA WILLIAMS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHEER, INC. )<br>)<br>Defendant. ) | C.A. No. 21-1301 (TMH) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above-captioned action, through the undersigned counsel, that this action is dismissed in its entirety, with prejudice. The parties shall bear their own attorneys' fees and costs.

**THE POLIQUIN FIRM, LLC**　　　　　　　**WHITE AND WILLIAMS LLP**

/s/ Ronald G. Poliquin　　　　　　　　　　/s/ Joseph J. Bellew
Ronald G. Poliquin, Esq. (DE# 4447)　　　Joseph J. Bellew, Esq. (DE# 4816)
1475 S. Governors Ave.　　　　　　　　　600 N. King Street, Suite 800
Dover, Delaware 19904　　　　　　　　　Wilmington, DE 19801-3722
P: 302-702-5501　　　　　　　　　　　　P: 302-654-0424
Attorney for Plaintiff　　　　　　　　　　Attorney for Defendant

Dated: July 20, 2022

**SO ORDERED** this _____ day of _____, 2022.

_____
JUDGE